UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RICHARD SUMMERS                         §
                                        §   CIVIL NO:
vs.                                     §   AU:10-CV-00290-JRN
                                        §
BAC HOME LOANS SERVICING, L.P.,         §
DOE 1 THROUGH DOE 5

# PLAINTIFF EXHIBITS

| Exhibit | Description | Date Admitted |
|---------|-------------|---------------|
| 1 | copy of original deed of trust | 5/3/10 |
| 2 | copy of original note | 5/3/10 |
| 3 | copy of letter from BAC attorney to pla | 5/3/10 |
| 4 | notice of foreclosure | 5/3/10 |